```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 08 B 07487
   CHERYL FITZPATRICK
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6554

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/28/2008 and was not confirmed.

    The case was dismissed without confirmation 05/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED            .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00             .00           .00
AMERICAS SERVICING COMPA  SECURED NOT I  24733.22             .00           .00
CAPITAL ONE               UNSECURED       2273.36             .00           .00
LVNV FUNDING LLC          UNSECURED        628.93             .00           .00
ROUNDUP FUNDING LLC       UNSECURED       2123.85             .00           .00
PRO SE DEBTOR             DEBTOR ATTY        .00                            .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00
                    --------------        --------------
TOTALS                   .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 08/26/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE